UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Ashley Nichols

CASE NO. 25-12210
Chapter 13

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

Motion to Impose Stay with Declaration attached.

were mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid.

This the 16th day of July, 2025.

/s/ Heidi S. Milam
Heidi S. Milam, 9813
P.O. Box 1169
Southaven, MS 38671
662-349-2322

Locke D. Barkley
Ecf_lbarkley13@lbarkley13.com

Office of the U.S. trustee
USTPRegion.05.AB.ECF@usdoj.gov

Attached Matrix

This the 16th day of July, 2025.

/s/ Heidi S. Milam
Heidi S. Milam

```
Label Matrix for local noticing        Bank of Holly Springs              Locke D. Barkley
0537-1                                 Attn: Bankruptcy                   6360 I-55 North
Case 25-12210-JDW                      114 S Memphis St                   Suite 140
Northern District of Mississippi       Holly Springs, MS 38635-2920       Jackson, MS 39211-2038
Aberdeen
Wed Jul 16 11:47:49 CDT 2025

Family Choice Financial                Fidelity National Loans            First Heritage
3332 Goodman Rd. E.                    P.O. Box 490                       101 N MAIN ST.
Southaven, MS 38672-6433               Holly Springs, MS 38635-0490       Suite 600
                                                                          Greenville, SC 29601-4846


(p)LENDMARK FINANCIAL SERVICES         Heidi S Milam                      Ashley R Nichols
2118 USHER ST                          Law Offices of Heidi S. Milam      5079 Highway 311
COVINGTON GA 30014-2434                P.O. Box 1169                      Holly Springs, MS 38635-9571
                                       Southaven, MS 38671-0012


Resurgent Capital Services             (p)TOWER LOAN                      U. S. Trustee
P.O. Box 10587                         P O BOX 320001                     501 East Court Street, Suite 6-430
Greenville, SC 29603-0587              FLOWOOD MS 39232-0001              Jackson, MS 39201-5022



William F. Schneller
P.O. Box 417
Holly Springs, MS 38635-0417
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Lendmark Financial Ser                 Tower Loan                         End of Label Matrix
2118 Usher St.                         Attn: Bankruptcy                   Mailable recipients    12
Covington, GA 30014                    Po Box 320001                      Bypassed recipients     0
                                       Flowood, MS 39232                  Total                  12
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Ashley Nichols

CASE NO. 25-12210

Chapter 13

## MOTION TO IMPOSE STAY

COMES NOW before this Honorable Court, Ashley Nichols, debtor, by and through counsel, and files this Motion to Impose the Stay under 11 U.S.C. § 362 and for cause would show the following:

1. The Debtor filed a Chapter 13 bankruptcy on February 3, 2025, in the Northern District of Mississippi, case number 25-10344 which was dismissed on or about June 17, 2024.

2. That case was dismissed due to failure to make plan payments because debtor failed to appear at the creditor meeting and was behind in her payments. The Debtor is now able to make the plan payments.

3. The Debtor filed the present case in the Northern District of Mississippi on July 15, 2025, in good faith.

4. The Debtor requests that the stay be imposed as to all creditors.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays that this Honorable Court impose the automatic stay as to all creditors as provided in 11 U.S.C. § 362(c)(4)(B).

Respectfully submitted,

/s/ Heidi S. Milam
Heidi S. Milam, Bar No. 9813
Attorney for Debtor
P.O. Box 1169
Southaven, MS 38671
(662) 349-2322

CERTIFICATE OF SERVICE

I, Heidi S. Milam, do hereby certify that I have this day served an accurate copy of the foregoing Motion To Impose the Automatic Stay to all listed on the following Matrix.

This the 16th day of July, 2025.

/s/ Heidi S. Milam
Heidi S. Milam

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE: Ashley Nichols

CASE NO. 25-12210
Chapter 13

### DECLARATION IN SUPPORT OF MOTION TO IMPOSE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(4)

The debtor[s], in support of the Motion to Impose the Automatic Stay, state as follows:

1. [I/We] have personal knowledge of the facts listed in the foregoing situation.

2. [I/We] [am/are] over the age of 18, of sound mind, [am/are] capable of making this Declaration, and [am/are] fully competent to testify to the matters stated herein.

3. [I/We] filed this bankruptcy petition on July 15, 2025.

4. [I/We] previously filed bankruptcy cases:
   - [24-12394], under Chapter 13] on [08/12/24] dismissed on 12/12/24 .
   - [25-10344], under Chapter 13] on [02/03/25] dismissed on 05/06/25

5. [I/We] have had no other pending bankruptcy cases in the preceding one-year period.

6. [I/We] have not had any prior cases[s] dismissed in the past year for any of the following reasons:
   - failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. [I/We] have had a substantial change in [my/our] financial or personal affairs since the dismissal of the last case, and [I/we] believe that this case will:
   - [If a Chapter 7] be concluded with a discharge; or
   - [If a Chapter 11 or 13] result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

More income.

Check the appropriate box:

x ☐ If executed within the United States, its territories, possessions or commonwealths:

[*I/We*] declare under penalty of perjury that the foregoing is true and correct.

☐ If executed outside the United States:

[*I/We*] declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 07/16/25　　　　　　　　　/s/ Ashley Nichols
    (*date*)　　　　　　　　　　　　　Debtor's Signature

Executed on: _____　　　　　　_____
    (*date*)　　　　　　　　　　　　Joint Debtor's Signature (*if applicable*)